1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Albert Dytch

6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  ALBERT DYTCH,                          ) No.  3:19-cv-03841-JCS
                                           )
13                 Plaintiff,              ) **STIPULATION FOR DISMISSAL OF**
                                           ) **ENTIRE ACTION**
14         vs.                             )
                                           )
15  LITTLE MAC, LLC dba HOMEROOM,          )
                                           )
16                                         )
                   Defendant.              )
17                                         )
                                           )
18                                         )
                                           )
19  _____)

20

21

22

23

24

25

26

27

28

**IT IS HEREBY STIPULATED** by and between Plaintiff Albert Dytch and Defendant, Little Mac, LLC dba Homeroom, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated:  October 30, 2019                    MOORE LAW FIRM, P.C.


                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorney for Plaintiff,
                                            Albert Dytch

Dated:  October 30, 2019                    GUTIERREZ MARCA LLP


                                            */s/ Matthew D. Marca*
                                            Matthew D. Marca
                                            Attorneys for Defendant,
                                            Little Mac, LLC

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorney for Plaintiff,
                                            Albert Dytch

STIPULATION FOR DISMISSAL OF ENTIRE ACTION