Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Albert Dytch

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT DYTCH,<br><br>Plaintiff,<br><br>vs.<br><br>LITTLE MAC, LLC dba HOMEROOM,<br><br>Defendant. | No. 3:19-cv-03841-JCS<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Albert Dytch and Defendant, Little Mac, LLC dba Homeroom, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: October 30, 2019         MOORE LAW FIRM, P.C.

                                */s/ Tanya E. Moore*
                                Tanya E. Moore
                                Attorney for Plaintiff,
                                Albert Dytch

Dated: October 30, 2019         GUTIERREZ MARCA LLP

                                */s/ Matthew D. Marca*
                                Matthew D. Marca
                                Attorneys for Defendant,
                                Little Mac, LLC

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                */s/ Tanya E. Moore*
                                Tanya E. Moore
                                Attorney for Plaintiff,
                                Albert Dytch

Dated: 10/31/19

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA